THE PEOPLE OF THE STATE OF NEW YORK ex rel. GAETANO QUARANTO, Appellant, *v.* DANIEL MOYNAHAN, as Collector of Assessments and Arrears of the City of New York, Respondent.

*People ex rel. Quaranto* v. *Moynahan,* 148 App. Div. 744, affirmed.
(Submitted April 29, 1912; decided May 14, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1912, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to vacate and set aside the record of a transfer of a tax lien against property of relator and to apportion the taxes and assessments against the same and accept payment thereof.

*James A. Sheehan* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs, on opinion of JENKS, P. J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.